IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2020 FEB 12  P 3: 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:20CR 33-ECM-SMD |
| | ) | [18 U.S.C. § 2241(c)] |
| LEROY THOMAS JOYNER, JR. | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Aggravated Sexual Abuse: Sexual Act with child between 12 and 16)

On an exact date unknown, but between September 2015 and September 2018, in Dale County, Alabama, within the Middle District of Alabama, and in locations outside of the Middle District of Alabama, the defendant,

**LEROY THOMAS JOYNER, JR.**,

did knowingly engage in and attempt to engage in sexual acts with the victim, C.S., a child who had attained the age of 12 years, but had not attained the age of 16 years, and who was at least 4 years younger than the defendant, by using force against her or by threatening or placing her in fear that she would be subjected to serious bodily injury. In violation of Title 18, United States Code, Section 2241(c).

### FORFEITURE ALLEGATION

A.   The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

B. Upon conviction of the offenses in violation of Title 18, United States Code, Section 2241(c), set forth in Count 1 of this Indictment, the defendant,

LEROY THOMAS JOYNER, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 18, United States Code, Section 2241(c).

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Russell T. Duraski
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney